3.01cr213(AVC)

RECEIVED
14 2005         FILED   3-10-05
U.S. DISTRICT COURT
HARTFORD, CT   APR -4 P 12:04

DISTRICT COURT
HARTFORD CT

Dear Clerk of Court:

I am writing in request for a copy of my court docket sheet pertaining of my court proceedings and a copy of <u>all</u> my judment and commitment pertaning as well as my P.S.I and conviction. I am with out funds and I kindly ask yourg to please send me copy at the goverments expense.

Thank You

Sincerly

Josue Medina

*Josue Medina*

April 4, 2005. The clerk of the court is ordered to docket this letter as a motion for copies of court records. The motion is denied, without prejudice to its refiling with an affidavit from the petitioner attesting to his inability to pay for the requested copies. The clerk shall mail the required forms to the petitioner.
SO ORDERED.

Alfred V. Covello, U.S.D.J.

2005 APR -4 P
DISTRICT COURT
HARTFORD CT