UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------------x
:
UNITED STATES OF AMERICA : Case No. 3:01CR00213(AVC)
:
v. :
:
JOSUE MEDINA : March 13, 2008
:
---------------------------------------------------------x

**MOTION TO AMEND JUDGMENT**

The defendant, Josue Medina, hereby requests that the Court enter an amended judgment in his case pursuant to 18 U.S.C. § 3582(c)(2), reducing his sentence of imprisonment from 87 months to 70 months.  Mr. Medina has filed a motion for reduction pro se, but has also requested the assistance of the Federal Defender.  This motion is intended to supplement the pro se motion filed on March 10, 2008. [Doc. # 437]

On November 1, 2007, an amendment to § 2D1.1 of the advisory sentencing guidelines took effect, which, generally, reduces base offense levels for most quantities of crack cocaine by two levels.  See U.S.S.G. § 2D1.1.  This amendment was adopted after Mr. Medina was sentenced, and has been made retroactive.  See U.S.S.G. § 1B1.10; 73 Fed. Reg. 217-01 (2008).

The United States Probation Office filed an Addendum to the Pre-Sentence Report in Mr. Medina's case on March 1, 2008.  Under the revised Sentencing Guidelines, the Probation Office has determined that Mr. Medina's adjusted offense level on the offense of conviction is now 23, reduced from 25, which, at a Criminal History Category of IV, produces an advisory Guidelines range of 70-87 months.  If the Court were to impose a sentence at the bottom of this new range, as it did under the Guidelines in effect at the time of sentencing, Mr. Medina's sentence would be

reduced by 14 months to 70 months.

The Government filed a notice on March 10, 2008, agreeing that it would be appropriate for the Court to file an amended judgment in this case, reducing Mr. Medina's sentence of incarceration from 84 months to 70 months. [Doc. # 438]

Mr. Medina's projected release date is currently October 3, 2009.  If Mr. Medina's sentence is reduced to 70 months, as suggested by the Addendum filed by the Probation Office and agreed upon by the Government, he may be eligible for transfer to a halfway house or other form of community confinement immediately.

For the reasons set forth above, and in reliance on the Addendum to the Pre-Sentence Report dated March 1, 2008, Mr. Medina respectfully requests that the Court issue an amended judgment reducing his sentence to 70 months.

Respectfully submitted,

The Defendant,
Josue Medina

Thomas G. Dennis
Federal Defender

Dated: March 13, 2008

/s/
_____
Sarah A. L. Merriam
Assistant Federal Defender
265 Church Street, Suite 702
New Haven, CT   06510
Bar No. ct25379
Phone: 203-498-4200
Fax: 203-498-4207
Email: sarah_merriam@fd.org

**CERTIFICATE OF SERVICE**
I HEREBY CERTIFY that a copy of the foregoing has been mailed this 13th day of

March, 2008, to: Michael Gustafson, Assistant United States Attorney, 157 Church Street, 23rd Floor, New Haven, CT, 06510.

/s/
_____
Sarah A. L. Merriam