# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

v.                                                **APPEARANCE**

JOSUE MEDINA                                CASE NO.: 3:01CR00213(AVC)

*To the Clerk of this Court and all parties of record:*

*Enter my Appearance as counsel in this case for:*

*JOSUE MEDINA*

|  |  |
|---|---|
| Date: March 13, 2008 | /s/ |
|  | *Signature* |
| Bar No.: ct25379 | Sarah A. L. Merriam |
|  | *Print Name* |
|  | FEDERAL DEFENDER OFFICE |
|  | *Firm Name* |
|  | 265 Church Street, Suite 702 |
|  | *Address* |
|  | New Haven,    CT    06510 |
|  | *City    State    Zip Code* |
|  | (203) 498-4200 |
|  | *Phone Number* |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing has been mailed to Michael Gustafson, Assistant United States Attorney, 157 Church Street, 23rd Floor, New Haven, CT, 06510, on this 13th day of March, 2008.

/s/

Sarah A. L. Merriam